UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KEITH CARROLL, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:18-cv-1209-TSE-MSN |
| FIRST SAVINGS MORTGAGE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Keith Carroll voluntarily dismisses the above-captioned action with prejudice. Each party shall bear its own fees and costs.

Respectfully submitted this 15th day of November, 2018.

Respectfully submitted,

By: /s/ L. Leigh R. Strelka

L. Leigh R. Strelka, VA Bar No. 73355
Thomas E. Strelka, VA Bar No. 75488
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, SW,
Warehouse Row, Suite 330
Roanoke, Virginia 24011
Phone: (540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com

So Ordered

/s/ _____ 11/14/18
T. S. Ellis, III
United States District Judge

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Pacific Trial Attorneys
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

2